# United States District Court

Eastern District of California

UNITED STATES OF AMERICA          **CRIMINAL COMPLAINT**

V.

**Robert James White**                    **CASE NUMBER: 05-**

Rocklin, CA 95677
'70

I, Elizabeth Waldow, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 9, 2005 in Yosemite National Park, in the Eastern District of California defendant did,

**Count 1:**   Possession of Controlled substance, (marijuana) in violation of 36 Code of Federal Regulations, Section 2.35(b)(2).
Maximum penalty: 6 months and $5,000.

**Count 2:**   Possession of Controlled substance, (<1 ounce marijuana) in violation of Code of Federal Regulations, Section 2.35(b)(2)
Maximum penalty: 6 months and $5,000

I further state that I am a Law Enforcement Ranger and that this complaint is based on the following facts obtained from my personal observation, investigation, and information supplied to me by National Park Service Law Enforcement Officers.

On or about July 9, 2005, at approximately 6:46 p.m. in Yosemite National Park, in the special maritime and territorial jurisdiction of the United States, Ranger Sally Sprouse stopped a red Nissan Sentra (CA 5GNH874) for speed on Tioga Road near Tuolumne Meadows. In addition to the driver there were two additional passengers. The driver of the vehicle was identified as William Joseph Elliot Taylor. Taylor subsequently gave Ranger Sprouse permission to search the vehicle. The defendant, Robert James White was seated on the right side in the back seat of the car. When Sprouse looked into the vehicle she saw a small blue "marijuana" pipe in plain view on the center console between the driver and the right side front passenger's seat. Sprouse also saw a large, blue backpack in the backseat directly behind the driver and immediately adjacent to White. Sprouse smelled the strong odor of marijuana coming from the backpack Sprouse opened the backpack and found over 220 marijuana plants in the backpack.

1

Yosemite Park Rangers Sprouse, Lattimore, Gabriel and Parks took the three occupants Taylor, White and the third passenger, Roland Arsons, into custody and searched them incident to the arrest. All occupants of the vehicle were charged with possession of a controlled substance in addition to charges specific to each defendant. During a search of Whites person prior to transport Sprouse found a small amount of marijuana in a plastic wrapper in the front pocket of White's shorts.

Continued on the attached sheet and made a part hereof: ☐ Yes  X No
Speedy Trial Act Applies: ☐ Yes  X No

*Elizabeth Waldow*
Elizabeth Waldow, Park Ranger

Sworn to before me and subscribed in my presence, this 15th day of July, 2005, at Yosemite National Park, California.

<u>7-15-05</u>        At   <u>Yosemite National Park, California</u>
Date

<u>Honorable William H. Wunderlich</u>
U. S. Magistrate Judge                Eastern District of California
Signature of Judicial Officer